Name, Address, Telephone No. & I.D. No.
Ja Vonne M. Phillips, Esq. SBN 187474
Brielyn Sesko, Esq. SBN 241596
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Order Entered on
October 15, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>  Paul Kertesz,<br><br>                                                                  Debtor. | BANKRUPTCY NO. 10-15877-LT7 |
| HSBC Mortgage Corporation (USA), its assignees and/or successors<br><br>                                                             Moving Party | RS NO.    BRI-1 |
| Paul Anthony Kertesz, Debtor; and James L. Kennedy, Chapter 7 Trustee,<br><br>                                                            Respondent(s) | CHAPTER NO. 7 |

**ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY**
☒ **REAL PROPERTY** ☐ **PERSONAL PROPERTY**

   IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through three (3) with exhibits, if any, for a total of <u>3</u> pages, is granted. Motion/Application Docket Entry No. 9

//
//
//
//

DATED:    October 14, 2010

/s/ Judge signature
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.
Submitted by:

McCarthy & Holthus, LLP

By:    /s/ Brielyn Sesko, Esq.
        Attorney for ☒ Movant ☐ Respondent

CSD 1162

```
CSD 1162 [08/22/03] (Page 2)          Case 10-15877-LT7   Filed 10/14/10   Doc 21   Pg. 2 of 3
ORDER ON NON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Paul Kertesz,                                          CASE NO.: 10-15877-LT7
                                                                RS NO.: BRI-1
```

The Motion of HSBC Mortgage Corporation (USA), its assignees and/or successors ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 9/29/2010, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. *10*, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 9/29/2010, and

- ☒ Debtor *(Name)*: Paul Kertesz
- ☒ Debtor's Attorney *(Name)*: John C. Colwell
- ☒ Trustee *(Name)*: James L. Kennedy
- ☐ United States Trustee (in Chapter 11 & 12 cases), and
- ☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☒ The following real property:

   a. Street address of the Property including county and state:

   14316 Barrymore Street
   San Diego, CA 92129

   San Diego County

   b. Legal description is ☒ attached as Exhibit A or ☐ described below:
   c.

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*: **The fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived.**

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that Movant may contact the Debtor to comply with California Civil Code Section 2923.5.

CSD 1162

*Signed by Judge Laura Stuart Taylor October 14, 2010*

**CSD 1162** [08/22/03] **(Page 3)**
ORDER ON NON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Paul Kertesz,                                              CASE NO.: 10-15877-LT7
                                                                    RS NO.: BRI-1

## EXHIBIT A

All that certain real property situated in the County of San Diego, State of California, described as follows: **183**

Parcel 2 of Parcel Map 11240, being a resubdivision of Lots 11 through 14, inclusive, of Map 9948, in the City of San Diego, County of San Diego, State of California, according to Map thereof filed in the Office of County Recorder of San Diego County.

CSD 1162

*Signed by Judge Laura Stuart Taylor October 14, 2010*